IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| BRYAN JOSEPH LAYTON, <br> Institutional ID No. 06144600, <br><br> Plaintiff, <br><br> v. <br><br> MARSHA McCLAIN, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | <br><br><br><br><br> CIVIL ACTION NO. 5:21-CV-122-M-BQ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the Court should dismiss without prejudice all claims against Defendant Beltran in accordance with Fed. R. Civ. P. 4(m). ECF No. 34. Plaintiff did not file objections, and the time to do so has now expired.

After making an independent review of the Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes that the Findings and Conclusions are correct. It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 34) are ADOPTED, and Plaintiff's claims against Defendant Beltran are DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 18th day of November, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE