IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| BRYAN JOSEPH LAYTON, <br> Institutional ID No. 06144600, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-CV-122-M-BQ |
| MARSHA McCLAIN, *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the Court should deny Defendant Marsha McLane's Motion for Judgment on the Pleadings under Rule 12(c) of the Federal Rules of Civil Procedure (Motion). ECF No. 46.  No objections were filed, and the time to do so has now expired.

After making an independent review of the Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes that the Findings and Conclusions are correct.  It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 46) are ADOPTED, and Defendant's Motion is DENIED.  ECF No. 40.

SO ORDERED this 12th day of June, 2023.

*[signature]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE